FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 6 2006 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

LAWRENCE JOHNSON,

JUDGMENT
04-CV- 1027 (JG)

    Petitioner,

-against-

UNITED STATES OF AMERICA,

    Respondent.
----------------------------------------------------------------X

    A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on February 27, 2006, denying the petition for a writ of habeas corpus; and ordering that a Certificate of Appealability will not issue; it is

    ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that a Certificate of Appealability will not issue.

Dated: Brooklyn, New York
        February 28, 2006

                                                               s/Robert C. Heinemann
                                                              ROBERT C. HEINEMANN
                                                              Clerk of Court